AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>ISABELLE GARCIA )<br>)<br>)<br>) | Case No. |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   SEE ATTACHED AFFIDAVIT   in the county of _____ in the _____ District of   COLUMBIA  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | WIRE FRAUD |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/26/2016

_____
*Judge's signature*

City and state:   WASHINGTON, DC          ALAN KAY, MAGISTRATE JUDGE
*Printed name and title*