UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.** |
| | **:** | |
| **v.** | **:** | **Magistrate No.** |
| | **:** | |
| **ISABELLE GARCIA,** | **:** | **Violation:** |
| | **:** | **18 U.S.C. § 1343 (Wire Fraud)** |
| | **:** | |
| **Defendant.** | **:** | **FILED UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Gary A. Henley, being duly sworn, hereby state the following under the penalty of perjury:

## I. PURPOSE

1. This Affidavit is submitted in support of a criminal Complaint charging ISABELLE GARCIA with Wire Fraud in violation of 18 U.S.C. § 1343. I respectfully submit that the Affidavit establishes probable cause to believe that ISABELLE GARCIA has violated 18 U.S.C. § 1343, and request that the Court issue an arrest warrant for ISABELLE GARCIA, pursuant to Federal Rule of Criminal Procedure 4(a).

## II. AFFIANT'S EXPERIENCE

2. I am a Special Agent with the United States Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), and have been so employed for approximately 18 years. During this time I have investigated violations of Federal and state laws. As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States of America. I am a sworn law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States of America. I am currently assigned to the Washington

Field Office to a squad responsible for investigating Corporate Fraud, Intellectual Property Rights, and Anti-Trust violations.

3. This Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal Complaint and the issuance of an arrest warrant. Thus, it does not contain every fact known by me or the United States. Where conversations or statements are related herein, they are related in substance and in part, except where otherwise indicated. Unless otherwise stated, the information in this Affidavit is either personally known by me, has been provided to me by others involved in the investigation, or is based on a review of various documents and records. The dates listed in the Affidavit should be read as "on or about" dates.

### III.  SUMMARY OF PROBABLE CAUSE

4. The George Town Club ("GTC") is a private dining club located in the District of Columbia. In April 2006, ISABELLE GARCIA ("GARCIA") began working as the controller for GTC. In November 2013, GTC fired GARCIA for stealing GTC funds. As discussed more fully below, there is probable cause to believe that GARCIA, while employed at GTC, embezzled approximately $304,562.28 from GTC bank accounts by writing checks to herself from GTC accounts and using GTC funds to pay her personal credit accounts.

### IV.  PROBABLE CAUSE

5. GARCIA was born in France and is a French citizen. She became a United States lawful permanent resident on February 25, 2008.

6. As the GTC controller, GARCIA was responsible for all of GTC's financial matters. The GTC General Manager ("GM") was GARCIA's direct supervisor. GARCIA produced year-end and monthly financial statements and generated expense breakdown reports. She received all of the GTC bank statements and GTC bills.

## GTC's Operating and Payroll Accounts

7.     GARCIA, the GTC treasurer, and the GM had signature authority on GTC's operating account.  Funds in the GTC operating account were only supposed to be used to pay legitimate GTC expenses.  GARCIA prepared checks from the operating account in order to pay, for example, vendors, insurance, and GTC lines of credit.  If an employee paid any club expenses with personal funds, the employee submitted receipts to GARCIA, who then prepared and issued a reimbursement check to the employee from the operating account.  GARCIA also prepared checks from the operating account at the request of the GM.

8.     The GM had sole signature authority on the GTC payroll account.  GARCIA had no authority to sign GTC checks from the payroll account.  The payroll account was supposed to be used only for payroll and any performance bonuses.  GARCIA had no authority to use GTC funds from any GTC account to pay her personal expenses.

9.     GTC employees were paid every two weeks.  GTC used Customer Payroll Service, Inc., and ADP as third-party payment processors to prepare GTC payroll checks while GARCIA was the GTC controller.  GTC department managers sent audited employee time cards to GARCIA.  GARCIA entered the information into a computer and transmitted it to the payment processor.  The payment processor produced a payment report by GTC department, which listed employee names, hours worked, and social security numbers.  The GTC GM reviewed the payment report and then sent it to GARCIA.  GARCIA used her online access to the GTC operating account to transfer money from the operating account to the payroll account in order to cover payroll. GARCIA sent the payment report back to the payment processor.  The payment processor then prepared paper payroll checks with the GM's electronic signature and sent the checks to GTC.

10. GARCIA was the only GTC employee who controlled the checkbooks for GTC's payroll and operating accounts. GTC maintained accounts at Eagle Bank and Citibank while GARCIA worked there. Citibank account number XXXX9375 was the operating account and Citibank account number XXXX9383 was the payroll account until July 31, 2011. Beginning on August 1, 2011, Eagle Bank account number XXXXXX6691 was the operating account and Eagle Bank account number XXXXXX6576 was the payroll account.

### Garcia's Embezzlement of GTC Funds

11. In or around September 2013, GTC was having financial difficulties and considering filing for bankruptcy. The GTC treasurer examined the GTC September 2013 internal financial statement, which Garcia had created. It only listed GTC's income and expenses. It did not have any detailed information. On October 14, 2013, the treasurer contacted GARCIA and asked her for GTC's bank statements. As discussed more fully below, GARCIA was supposedly working from home at the time because she claimed to be undergoing chemotherapy treatments. GARCIA did not provide any bank statements, but the GTC treasurer was able to retrieve a GTC operating account bank statement from GARCIA's office for August 26, 2013, to September 31, 2013.

12. On October 17, 2013, the GTC treasurer again contacted GARCIA and asked for GTC bank statements. GARCIA told the GTC treasurer she was too busy dealing with her "illness" and did not want to talk about GTC business. GARCIA did email some statements from the GTC operating account to the treasurer. The statements covered the period from July 2013 to September 2013. The treasurer reviewed the statements and discovered that checks payable to GARCIA and to credit card companies had been written from the account. GTC did not have any credit card accounts while GARCIA was employed there.

13. In a meeting later that morning, the GTC treasurer informed the GTC executive committee that GARCIA had written GTC checks to herself from the operating account and possibly used GTC funds to pay six personal credit cards. After the meeting, the GTC president wrote the following email to GARCIA:

> Please send the username/password for the credit card accounts to [GTC treasurer], [GTC vice president] and [GTC president]. [The GTC treasurer] claims that payment was made to 6 different Citi accounts in September and is insisting on getting the information NOW.

14. On October 17, 2013, GARCIA sent the following email response to the GTC president:

> [GTC president], there are only 2 accounts not 6. They are not the Club accounts, they are mine. I am so sorry for the pain it's going to cause you and [the GTC vice president]. In the last few months I have had so many issues because of my disease that I found myself trapped and against the wall. Nothing can excuse what I have done. I know I saved tons of money for the Club in the past but I have done bad in the last few months. I will do whatever you want and will prepare an email with all passwords for everything I have and all information relevant to what I need. I want to insist that this not your fault and you and [the GTC vice president] have always been nothing but kind to me. I have lost perspective when I became sick and start fighting for my life. I am very ashamed of what happened and will do whatever is in my power to pay the Club back even if it means selling my little house. I have taken pride in working for this Club and the Board over the year. I apologize to the Board, [the GTC general manager], [the GTC treasurer], [the GTC vice president], and to you. I will accept any decision you make. Please just let me know what to expect as I am ready for the consequences of my actions. I am mostly at the hospital tonight and tomorrow. Again I apologize for putting you and the Club in this situation.

15. On October 18, 2013, GTC placed GARCIA on unpaid administrative leave.

16. On October 21, 2013, GARCIA met with the GTC president and vice-president at the GTC. GARCIA admitted that she had used GTC funds to pay her personal credit cards. GARCIA also admitted to writing checks from GTC accounts to pay her personal expenses. GARCIA stated that she started stealing money from GTC soon after she began working there.

GARCIA estimated that she had taken between $150,000 and $200,000 from GTC. GARCIA apologized to the president and vice-president and stated "I'm sorry I caused this pain."

17. On October 24, 2013, GARCIA met again with the GTC president, vice-president and treasurer. The meeting occurred at the GTC president's office at Georgetown University. GARCIA again apologized for her unauthorized use of GTC funds and claimed that she would pay GTC back by liquidating her assets and obtaining money from her friends. GARCIA turned over her GTC keys to GTC's president and also provided her usernames and passwords to GTC computers and bank accounts. On November 4, 2013, GTC fired GARCIA.

18. I have reviewed Bank of America statements for account number XXXXXXXX3159, which was GARCIA's personal checking account. GARCIA deposited numerous GTC checks payable to herself from both the GTC operating account and the payroll account. These checks were in addition to her regular bi-weekly paychecks. GARCIA's salary at GTC was $75,000 when she first started in April 2006, and was approximately $86,000 when she was terminated in November 2013. During that time period, she was paid between $1,119.82 and $2,454.78 every two weeks. In 2012, her last full year as a GTC employee, GTC issued a Form W-2 to GARCIA for $79,507.44.

19. GARCIA fraudulently transferred $218,544.69 from GTC accounts to Bank of America account number XXXXXXXX3159 by writing unauthorized GTC checks to herself and causing unauthorized wires to be made payable to her. The checks and wires are listed below. All of the checks, except for two, were endorsed on the front with GARCIA's signature. Check numbers 011023 and 011297 were endorsed with a signature in the name of a GTC general manager. The general manager reviewed these checks. The signature on the checks is not the general manager's signature.

| Date of Check | GTC Account | Check Number | Amount of Check |
|---|---|---|---|
| 12/14/2006 | Citibank x9375 | 5905 | $3,000.00 |
| 2/16/2007 | Citibank x9375 | 6197 | $624.37 |
| 1/23/2008 | Citibank x9375 | 7572 | $5,000.00 |
| 4/16/2008 | Citibank x9375 | 7913 | $2,200.00 |
| 6/26/2008 | Citibank x9375 | 8126 | $136.52 |
| 4/9/2009 | Citibank x9375 | 9008 | $99.99 |
| 4/13/2009 | Citibank x9375 | 9022 | $1,474.51 |
| 6/26/2009 | Citibank x9375 | 9238 | $91.86 |
| 7/1/2009 | Citibank x9375 | 9255 | $96.73 |
| 8/12/2009 | Citibank x9375 | 9377 | $146.29 |
| 9/1/2009 | Citibank x9375 | 9406 | $48.95 |
| 10/7/2009 | Citibank x9375 | 9482 | $32.62 |
| 10/29/2009 | Citibank x9375 | 9547 | $111.82 |
| 12/9/2009 | Citibank x9375 | 9684 | $280.00 |
| 2/2/2010 | Citibank x9375 | 9890 | $2,525.00 |
| 3/12/2010 | Citibank x9375 | 10039 | $624.57 |
| 4/9/2010 | Citibank x9375 | 10115 | $172.05 |
| 6/2/2010 | Citibank x9375 | 10280 | $82.39 |
| 6/3/2010 | Citibank x9375 | 10311 | $395.00 |
| 6/22/2010 | Citibank x9375 | 10332 | $36.00 |
| 7/20/2010 | Citibank x9375 | 10414 | $131.97 |
| 8/2/2010 | Citibank x9375 | 10433 | $340.19 |
| 8/10/2010 | Citibank x9375 | 10483 | $135.75 |
| 8/27/2010 | Citibank x9375 | 10493 | $309.35 |
| 9/30/2010 | Citibank x9375 | 11023 | $165.71 |
| 12/20/2010 | Citibank x9375 | 11297 | $2,500.00 |
| 1/1/2011 | Citibank x9375 | 11334 | $123.95 |
| 3/22/2011 | Citibank x9375 | 10577 | $1,726.34 |
| 6/23/2011 | Citibank x9375 | 10830 | $1,626.90 |
| 11/3/2011 | Eagle Bank x6691 | Wire | $2,227.92 |
| 11/4/2011 | Eagle Bank x6691 | 11171 | $2,454.78 |
| 12/5/2011 | Eagle Bank x6691 | 11238 | $1,929.48 |
| 1/11/2012 | Eagle Bank x6691 | 11361 | $421.45 |
| 2/8/2012 | Eagle Bank x6691 | 11484 | $1,358.50 |
| 2/9/2012 | Eagle Bank x6691 | Wire | $1,450.00 |
| 2/22/2012 | Eagle Bank x6691 | 11499 | $1,356.42 |
| 2/27/2012 | Eagle Bank x6691 | 11500 | $745.63 |
| 2/27/2012 | Eagle Bank x6691 | 11502 | $321.45 |
| 3/19/2012 | Eagle Bank x6691 | 11572 | $614.45 |

| Date of Check | GTC Account | Check Number | Amount of Check |
|---|---|---|---|
| 5/10/2012 | Eagle Bank x6691 | 11709 | $899.00 |
| 5/31/2013 | Eagle Bank x6691 | 12607 | $741.53 |
| 8/5/2008 | Citibank x9383 | 2232 | $538.95 |
| 8/12/2008 | Citibank x9383 | 2234 | $1,138.95 |
| 9/2/2008 | Citibank x9383 | 2235 | $1,136.46 |
| 9/9/2008 | Citibank x9383 | 2237 | $1,119.82 |
| 9/15/2008 | Citibank x9383 | 2239 | $524.28 |
| 10/8/2008 | Citibank x9383 | 2240 | $1,016.38 |
| 11/6/2008 | Citibank x9383 | 2241 | $688.44 |
| 12/5/2008 | Citibank x9383 | 2242 | $1,146.25 |
| 2/5/2009 | Citibank x9383 | 2245 | $2,309.45 |
| 3/9/2009 | Citibank x9383 | 2247 | $2,340.22 |
| 4/7/2009 | Citibank x9383 | 2248 | $2,340.23 |
| 5/4/2009 | Citibank x9383 | 2249 | $2,340.63 |
| 6/10/2009 | Citibank x9383 | 2250 | $2,340.23 |
| 7/7/2009 | Citibank x9383 | 2251 | $2,148.97 |
| 7/14/2009 | Citibank x9383 | 2252 | $1,074.48 |
| 7/31/2009 | Citibank x9383 | 2253 | $1,927.69 |
| 8/31/2009 | Citibank x9383 | 2254 | $1,144.84 |
| 9/1/2009 | Citibank x9383 | 2255 | $1,927.69 |
| 9/9/2009 | Citibank x9383 | 2257 | $1,927.69 |
| 9/23/2009 | Citibank x9383 | 2260 | $811.32 |
| 10/2/2009 | Citibank x9383 | 2261 | $1,927.69 |
| 10/22/2009 | Citibank x9383 | 2262 | $1,927.69 |
| 11/18/2009 | Citibank x9383 | 2264 | $1,927.69 |
| 12/2/2009 | Citibank x9383 | 2265 | $1,927.69 |
| 2/12/2010 | Citibank x9383 | 2266 | $1,985.64 |
| 3/3/2010 | Citibank x9383 | 2267 | $1,938.95 |
| 3/11/2010 | Citibank x9383 | 2268 | $1,238.95 |
| 3/30/2010 | Citibank x9383 | 2269 | $558.95 |
| 4/7/2010 | Citibank x9383 | 2270 | $1,838.95 |
| 4/12/2020 | Citibank x9383 | 2271 | $2,238.95 |
| 5/6/2010 | Citibank x9383 | 2272 | $2,410.21 |
| 5/7/2010 | Citibank x9383 | 2273 | $2,538.95 |
| 6/18/2010 | Citibank x9383 | 2274 | $1,138.95 |
| 6/22/2010 | Citibank x9383 | 2275 | $725.12 |
| 7/2/2010 | Citibank x9383 | 2276 | $1,726.90 |

| Date of Check | GTC Account | Check Number | Amount of Check |
|---|---|---|---|
| 7/2/2010 | Citibank x9383 | 2277 | $1,838.95 |
| 7/13/2010 | Citibank x9383 | 2279 | $1,338.95 |
| 7/15/2010 | Citibank x9383 | 2280 | $1,854.63 |
| 7/20/2010 | Citibank x9383 | 2281 | $1,938.72 |
| 8/10/2010 | Citibank x9383 | 2282 | $1,838.95 |
| 8/31/2010 | Citibank x9383 | 2283 | $1,838.95 |
| 9/24/2010 | Citibank x9383 | 2284 | $828.42 |
| 10/7/2010 | Citibank x9383 | 2285 | $1,221.95 |
| 10/19/2010 | Citibank x9383 | 2286 | $1,254.89 |
| 11/5/2010 | Citibank x9383 | 2287 | $2,337.22 |
| 11/17/2010 | Citibank x9383 | 2288 | $2,125.43 |
| 11/30/2010 | Citibank x9383 | 2290 | $2,328.54 |
| 11/30/2010 | Citibank x9383 | 2289 | $1,601.74 |
| 12/10/2010 | Citibank x9383 | 2291 | $1,747.56 |
| 12/17/2010 | Citibank x9383 | 2328 | $1,225.63 |
| 12/20/2010 | Citibank x9383 | 2292 | $1,039.27 |
| 12/31/2010 | Citibank x9383 | 2293 | $2,029.65 |
| 1/31/2011 | Citibank x9383 | 2294 | $2,985.46 |
| 3/11/2011 | Citibank x9383 | 2302 | $2,038.95 |
| 3/29/2011 | Citibank x9383 | 2303 | $2,338.95 |
| 4/11/2011 | Citibank x9383 | 2304 | $1,565.48 |
| 4/19/2011 | Citibank x9383 | 2305 | $1,738.92 |
| 5/5/2011 | Citibank x9383 | 2307 | $1,938.95 |
| 5/6/2011 | Citibank x9383 | 2308 | $2,121.12 |
| 5/17/2011 | Citibank x9383 | 2309 | $1,727.45 |
| 5/15/2011 | Citibank x9383 | 2310 | $1,484.12 |
| 5/19/2011 | Citibank x9383 | 2311 | $1,921.44 |
| 5/19/2011 | Citibank x9383 | 2312 | $2,038.95 |
| 5/24/2011 | Citibank x9383 | 2313 | $1,243.58 |
| 6/2/2011 | Citibank x9383 | 2314 | $1,954.68 |
| 6/6/2011 | Citibank x9383 | 2315 | $1,653.75 |
| 6/10/2011 | Citibank x9383 | 2316 | $941.57 |
| 6/30/2011 | Citibank x9383 | 2317 | $1,738.95 |
| 7/7/2011 | Citibank x9383 | 2318 | $2,454.78 |
| 7/13/2011 | Citibank x9383 | 2319 | $2,138.95 |
| 8/17/2011 | Citibank x9383 | 2321 | $938.95 |
| 8/26/2011 | Citibank x9383 | 2322 | $1,141.25 |

| Date of Check | GTC Account | Check Number | Amount of Check |
|---|---|---|---|
| 9/9/2011 | Citibank x9383 | 2323 | $1,138.95 |
| 9/16/2011 | Eagle Bank x6576 | 2324 | $1,959.65 |
| 10/19/2011 | Eagle Bank x6576 | 5001 | $2,454.77 |
| 11/15/2011 | Eagle Bank x6576 | 5002 | $2,454.78 |
| 11/18/2011 | Eagle Bank x6576 | 5003 | $2,454.78 |
| 2/7/2012 | Eagle Bank x6576 | 5004 | $2,454.85 |
| 3/7/2012 | Eagle Bank x6576 | 5005 | $2,454.85 |
| 3/21/2012 | Eagle Bank x6576 | 5006 | $2,424.72 |
| 4/3/2012 | Eagle Bank x6576 | 5007 | $2,424.68 |
| 4/16/2012 | Eagle Bank x6576 | 5009 | $2,424.66 |
| 5/3/2012 | Eagle Bank x6576 | 5010 | $2,424.35 |
| 5/15/2012 | Eagle Bank x6576 | 5011 | $2,424.61 |
| 6/12/2012 | Eagle Bank x6576 | 5013 | $2,424.61 |
| 8/8/2012 | Eagle Bank x6576 | 5016 | $1,972.57 |
| 9/5/2012 | Eagle Bank x6576 | 5017 | $2,424.66 |
| 9/21/2012 | Eagle Bank x6576 | 5018 | $2,248.93 |
| 10/4/2012 | Eagle Bank x6576 | 5019 | $2,248.93 |
| 10/16/2012 | Eagle Bank x6576 | 5020 | $2,248.92 |
| 11/14/2012 | Eagle Bank x6576 | 5021 | $2,248.93 |
| 11/19/2012 | Eagle Bank x6576 | 5022 | $2,248.93 |
| 12/13/2012 | Eagle Bank x6576 | 5023 | $2,248.93 |
| 2/8/2013 | Eagle Bank x6576 | 5024 | $2,192.37 |
| 3/1/2013 | Eagle Bank x6576 | 5025 | $2,192.37 |
| 3/22/2013 | Eagle Bank x6576 | 5026 | $2,366.33 |
| 4/30/2013 | Eagle Bank x6576 | 5027 | $2,366.34 |
| 5/30/2013 | Eagle Bank x6576 | 5028 | $2,366.83 |
| | | TOTAL: | $218,544.69 |

20.     GARCIA had the following credit accounts while employed at GTC:

| Financial Institution/Retailer | Account Number | Account Opening Date |
|---|---|---|
| Bank of America | XXXXXXXXXXXX2081 | 11/07 |
| Barclays Bank | XXXXXXXXXXXX1071 | 07/13 |
| Chase Freedom | XXXXXXXXXXXX2455 | 07/13 |
| Citibank | XXXXXXXXXXXX1952 | 12/11 |
| Citibank | XXXXXXXXXXXX7746 | 06/07 |
| Citibank (American Airlines) | XXXXXXXXXXXX0489 | 06/07 |
| Citibank | XXXXXXXXXXXX5120 | 12/11 |
| GE Money Bank | XXXXXXXXXXXX1133 | 11/11 |

10

| Financial Institution/Retailer | Account Number | Account Opening Date |
|---|---|---|
| PayPal Extra | XXXXXXXXXXXX1375 | 07/13 |
| Sears | XXXXXXXXXXXX1724 | 11/11 |

21. Garcia used $86,017.59 from GTC accounts to make the following unauthorized payments on the credit accounts listed in the previous paragraph:

| Payment Date | GTC Account | Amount | Form of Payment | Check Number | Garcia Credit Account |
|---|---|---|---|---|---|
| 5/14/2012 | Eagle Bank x6691 | $2,007.05 | Check | 11708 | GE Money Bank x1133 |
| 6/7/2012 | Eagle Bank x6691 | $1,325.48 | Check | 11785 | Bank of America x3159 |
| 6/15/2012 | Eagle Bank x6691 | $2,168.20 | Check | 11797 | Sears x1724 |
| 6/19/2012 | Eagle Bank x6691 | $656.41 | Check | 11815 | Bank of America x3159 |
| 6/20/2012 | Eagle Bank x6691 | $314.57 | Check | 11805 | Bank of America x3159 |
| 7/2/2012 | Eagle Bank x6691 | $112.45 | Check | 11816 | Bank of America x3159 |
| 7/25/2012 | Eagle Bank x6691 | $2,281.07 | Check | 11861 | Citicard x5120 |
| 8/13/2012 | Eagle Bank x6691 | $2,281.07 | Check | 11904 | Citicard x5120 |
| 8/24/2012 | Eagle Bank x6691 | $1,771.53 | Check | 11910 | Citicard x1952 |
| 9/17/2012 | Eagle Bank x6691 | $1,130.70 | Check | 11951 | Citicard x1952 |
| 10/1/2012 | Eagle Bank x6691 | $584.96 | Check | 11961 | Bank of America x3159 |
| 10/15/2012 | Eagle Bank x6691 | $1,657.24 | Check | 11994 | Citicard x1952 |
| 10/19/2012 | Eagle Bank x6691 | $1,724.12 | Check | 12006 | Citicard x1952 |
| 10/29/2012 | Eagle Bank x6691 | $2,236.00 | Check | 12023 | Citicard x1952 |
| 11/6/2012 | Eagle Bank x6691 | $3,425.12 | Check | 12022 | Citicard x0489 |
| 11/13/2012 | Eagle Bank x6691 | $1,756.00 | Check | 12067 | Citicard x1952 |
| 11/20/2012 | Eagle Bank x6691 | $2,756.81 | Check | 12078 | Citicard x0489 |
| 12/10/2012 | Eagle Bank x6691 | $3,320.94 | Check | 12114 | Citicard x1952 |
| 12/19/2012 | Eagle Bank x6691 | $1,921.22 | Check | 12154 | Citicard x1952 |
| 12/26/2012 | Eagle Bank x6691 | $2,126.62 | Check | 12194 | Citicard x1952 |
| 1/29/2013 | Eagle Bank x6691 | $926.78 | Check | 12264 | Citicard x7746 |
| 1/29/2013 | Eagle Bank x6691 | $1,136.53 | Check | 12266 | Citicard x1952 |
| 2/11/2013 | Eagle Bank x6691 | $1,281.30 | Check | 12307 | Citicard x1952 |
| 3/1/2013 | Eagle Bank x6691 | $1,212.00 | Check | 12352 | Citicard x7746 |
| 3/6/2013 | Eagle Bank x6691 | $2,122.30 | Check | 12361 | Citicard x1952 |

| 3/12/2013 | Eagle Bank x6691 | $1,863.54 | Check | 12395 | Citicard x1952 |
| 3/18/2013 | Eagle Bank x6691 | $1,927.45 | Check | 12429 | Citicard x1952 |
| 4/11/2013 | Eagle Bank x6691 | $1,594.01 | Check | 12492 | Citicard x1952 |
| 4/12/2013 | Eagle Bank x6691 | $1,318.66 | Check | 12501 | Citicard x7746 |
| 4/15/2013 | Eagle Bank x6691 | $1,850.00 | Check | 12502 | Citicard x1952 |
| 4/22/2013 | Eagle Bank x6691 | $1,536.73 | Check | 12524 | Citicard x1952 |
| 5/15/2013 | Eagle Bank x6691 | $1,099.37 | Check | 12563 | Citicard x1952 |
| 5/28/2013 | Eagle Bank x6691 | $2,002.08 | Check | 12580 | Citicard x7746 |
| 6/3/2013 | Eagle Bank x6691 | $2,566.98 | Check | 12606 | Citicard x1952 |
| 6/11/2013 | Eagle Bank x6691 | $3,002.08 | Check | 12647 | Citicard x1952 |
| 8/15/2013 | Eagle Bank x6691 | $2,702.73 | Wire | n/a | Citicard x7746 |
| 8/15/2013 | Eagle Bank x6691 | $2,385.77 | Wire | n/a | Citicard x1952 |
| 8/20/2013 | Eagle Bank x6691 | $2,941.84 | Wire | n/a | Chase x2455 |
| 8/21/2013 | Eagle Bank x6691 | $1,451.56 | Wire | n/a | Barclay Card x1071 |
| 8/23/2013 | Eagle Bank x6691 | $1,465.31 | Wire | n/a | PayPal E-Check x1375 |
| 8/30/2013 | Eagle Bank x6691 | $2,654.20 | Wire | n/a | Citicard x7746 |
| 8/30/2013 | Eagle Bank x6691 | $1,567.33 | Wire | n/a | Citicard x1952 |
| 9/9/2013 | Eagle Bank x6691 | $2,258.17 | Wire | n/a | Citicard x7746 |
| 9/9/2013 | Eagle Bank x6691 | $1,135.30 | Wire | n/a | Citicard x1952 |
| 9/13/2013 | Eagle Bank x6691 | $1,751.29 | Wire | n/a | Citicard x1952 |
| 9/13/2013 | Eagle Bank x6691 | $1,337.23 | Wire | n/a | Citicard x7746 |
| 9/30/2013 | Eagle Bank x6691 | $1,772.59 | Wire | n/a | Citicard x7746 |
| 9/30/2013 | Eagle Bank x6691 | $1,596.90 | Wire | n/a | Citicard x1952 |
| | Total: | $86,017.59 | | | |

22.   I have reviewed GARCIA's transactions for the personal credit accounts in the previous paragraph. The charges on these accounts appear to be personal in nature. They included charges for hotels, restaurants, domestic and overseas travel, doggy day care, dining, gasoline, department stores, wine and spirits, restaurant equipment purchases in Pennsylvania, hardware store purchases, and utility payments in Pennsylvania.

### Garcia's Opening of a Restaurant in Pennsylvania

23.   In the late Spring or early Summer of 2012, GARCIA contacted an individual who owned commercial property in Wilkes-Barre, Pennsylvania. GARCIA told the individual

that she intended to move to the area and open a restaurant. The individual agreed to rent the property to GARCIA. In October 2013, GARCIA opened a restaurant called Southside Bistro.

24. On November 4, 2013, GARCIA emailed the property owner and notified him that she was leaving for France because her mother had a heart attack. On December 19, 2013, GARCIA sent an email to the individual stating that she was not coming back to the United States and was staying in France to be with her mother.

25. Treasury Enforcement Communication System ("TECS") records reflect that GARCIA left the United States on October 31, 2013, to travel to London. There is no record from TECS of her returning to the United States.

26. On January 26, 2014, Southside Bistro closed. GARCIA owed approximately $30,000 in payroll taxes, $160,000 to vendors, $120,000 in utilities, and $19,200 in rent for Southside Bistro. GARCIA also defaulted on a $200,000 loan from the Small Business Administration for Southside Bistro.

27. In the October 17, 2013, email discussed in paragraph number 14, GARCIA referred to her "disease" and being "sick." In May 2013, GARCIA had asked GTC if she could work from home because she had breast cancer and needed chemotherapy treatments. GTC agreed to let her work from home for half of her salary. In or about July 21, 2013, GARCIA filed a claim for unemployment benefits with the District of Columbia Employment Services. GARCIA indicated that she was working part-time at GTC due to lack of work. I have reviewed records from GARCIA's checking account and her credit card statements. I have not seen any payments that appear to be associated with cancer treatments. I believe that GARCIA fabricated her breast cancer diagnosis so that she could spend time away from GTC preparing to open Southside Bistro.

## **CONCLUSION**

28.	Based on the foregoing facts, your Affiant respectfully submits that there is probable cause to believe that GARCIA has committed Wire Fraud in violation of 18 U.S.C. § 1343.  Your Affiant respectfully requests the issuance of a criminal Complaint charging Garcia with Wire Fraud and the issuance of an arrest warrant.

The statements above are true and accurate to the best of my knowledge and belief.

_____
Special Agent Gary A. Henley
Federal Bureau of Investigation

Sworn to and subscribed before me this 26th day of February, 2016.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE