

**FILED**

FEB 26 2016

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:16-MJ-170 |
| | : | Assigned To: Magistrate Judge Alan Kay |
| v. | : | Date Assigned: 02/26/2016 |
| | : | Description: Complaint and Arrest Warrant |
| ISABELLE GARCIA, | : | |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| | : | |
| Defendant. | : | FILED UNDER SEAL |

## O R D E R

This matter came before the Court on the Government's motion for a sealing order. In consideration of the criteria set forth in Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and the representations made in the Government's motion, this Court grants the Government's motion and Orders that:

1.    The Clerk of the Court shall place and maintain under seal, until further order of the Court, the Affidavit in Support of Criminal Complaint and Arrest Warrant, the Criminal Complaint, the Arrest Warrant, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and this Order; and

2.    The Government is authorized to disclose any of the above-listed documents in order to comply with any discovery, Giglio, or Brady obligations in any criminal case.

**SO ORDERED, this 26th day of February, 2016.**

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

cc:    AUSA Anthony Saler
555 Fourth Street, N.W., Room 5840
Washington, D.C. 20530