UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Magistrate No. 1:16-MJ-170 |
| | : | |
| ISABELLE GARCIA, | : | Violation: |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| | : | |
| Defendant. | : | FILED UNDER SEAL |

## MOTION FOR LIMITED UNSEALING

On February 26, 2016, U.S. Magistrate Judge Alan Kay issued an Order sealing the Affidavit in Support of Criminal Complaint and Arrest Warrant ("Affidavit"), the Complaint, and Arrest Warrant in the above-captioned matter. As discussed in the Affidavit, the defendant left the United States on October 13, 2013, and there is no record of her returning. Affid. at ¶ 25. The government respectfully moves for an Order permitting the disclosure of the existence and contents of the Complaint, Arrest Warrant, and Affidavit to law enforcement personnel, including INTERPOL and foreign authorities, in connection with the performance of their duties and for the purpose of locating, arresting, or detaining the defendant.

WHEREFORE, the United States respectfully requests that the Court issue a limited Unsealing Order. A proposed Order is attached

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: _____

ANTHONY SALER, D.C. Bar No. 448254
Assistant United States Attorney
555 Fourth Street, N.W., Room 5840
Washington, D.C. 20530
(202) 252-7445
Anthony.Saler@USDOJ.Gov