UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| v. | : | **Magistrate No. 1:16-MJ-170** |
| **ISABELLE GARCIA,** | : | **Violation:** |
| | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| **Defendant.** | : | **FILED UNDER SEAL** |

## ORDER FOR LIMITED UNSEALING

Upon motion of the United States for limited unsealing of the Affidavit in Support of Criminal Complaint and Arrest Warrant ("Affidavit"), the Complaint, and Arrest Warrant, and for good cause shown therein,

the Motion is hereby GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, United States is permitted to disclose the existence and contents of the Complaint, Arrest Warrant, and Affidavit to law enforcement personnel, including INTERPOL and foreign authorities, in connection with the performance of their duties and for the purpose of locating, arresting, or detaining the defendant.

Date: _____

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copy: AUSA Anthony Saler
Room 5840